UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

     - v. -                                :   ORDER
                                                                                        07 Cr. 1155

JAIME MENESES-MENA, and                 :
ALBERTO W. ORTIZ,
                                                            :

             Defendants.
                                                             :
- - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 9, 2008

                                                              _____
                                                              UNITED STATE MAGISTRATE JUDGE

                                                              **KEVIN NATHANIEL FOX**
                                                               United States Magistrate Judge
                                                               Southern District of New York

[Stamp: ALLY FILED JUN 0 9 2008]

[ORIGINAL stamp]