# MEMO ENDORSED

**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

Tel: 212 964-3700
Email: jlondonlaw@aol.com

Fax: 212 964-2926

RECEIVED
JUL - 1 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

June 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2008

**By Fax: 212-805-7917**
Honorable Robert P. Patterson
Southern District of New York
500 Pearl St., Room 2550
New York, NY 10007

Re: United States v. Alberto Ortiz
07 Cr. 1155 (RPP)

Dear Judge Patterson:

    This letter is to request a permanent modification of the travel restrictions of defendant, Alberto Ortiz's bail in order to permit him to travel to Roselle Park, New Jersey. Mr. Ortiz and his wife regularly visit his sister Luz Alvarez and her husband Luis Alvarez.[1] Mr. Alvarez is a suretor on Mr. Ortiz's bail bond.

    The conditions of Mr. Ortiz's bail bond are as follows: a $500,000 personal recognizance bond, secured by the residence of the defendant and his wife, 5 co-signors and $10,000 cash. His travel is restricted to the Southern Eastern District of New York.

    I have discussed this application with AUSA Parvin Moyne and Pre Trial Services Officer, Dina Naftaliev, and neither has an objection to it. Accordingly, I am requesting that the conditions of defendant, Alberto Ortiz's bond be permanently modified to permit him to travel to New Jersey.

Very truly yours,

Joyce C. London

CC. AUSA Parvin Moyne (By Fax: 212-637-2387)
    PTSD Dina Naftaliev (By Fax: 212-805-4176)

*Application granted. So Ordered. Robert P. Patterson, USDJ 7/1/08*

---

[1] Mr. Ortiz and his wife generally travel twice a month to visit these relatives.