UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                                 07 Cr 1155 (RPP)

JAIME MENESES-MENA & ALBERTO ORTIZ,

       Defendants.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       This is to certify that on September 3, 2008, a copy of the foregoing Notice of Motion, Attorney's Affidavit, Defendant's Affidavit and Memorandum of Law In Support of Defendant Alberto Ortiz' Pre-Trial Motions was filed electronically with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following:

    Honorable Robert P. Patterson                    (By Hand)
    United States District Chief Judge
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

    Parvin Moyne, Esq.                              .     (By Hand)
    Assistant United States Attorney
    Southern District of New York
    One Saint Andrews Plaza
    New York, New York 10007

                                                      _____
                                                          JOYCE C. LONDON