UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                            **DEFENDANT'S AFFIDAVIT**
                                                        07 Cr 1155 (RPP)

JAIME MENESES-MENA & ALBERTO ORTIZ,

       Defendants.
------------------------------------------------------------x

STATE OF NEW YORK        )
                                    ) ss.:
COUNTY OF NEW YORK    )

ALBERTO ORTIZ, being duly sworn, hereby deposes and says:

1. I am a defendant in the above-captioned matter.

2. I was arrested at my home in Queens, New York early in the morning of June 9, 2008

3. After I was arrested, I was not immediately advised of my rights.

4. When the agents were arresting me, I asked why I was being arrested and was advised that I was being arrested because I was part of a drug investigation.

5. One of the arresting agents, a Hispanic agent, then told me that my life had just totally changed and that I must start cooperating with the DEA agents and answering their questions immediately.

6. He emphasized that I must start talking to him and the other agents immediately.

7. Another agent (an Asian agent) then asked me if I remembered him from the year before and also asked "do you remember that I was the one who asked you if you were a faggot?"

8. I responded that I was a family man and worked hard to support my family and that I was not involved in a drug conspiracy.

9. I made this statement in response to the statements and questions of both agents.

10. I was then taken outside to a police car and at that time, one of the agents read me my rights. I advised the agents that I did not wish to waive my rights and did not wish to speak further with them.

*Alberto Ortiz*
ALBERTO ORTIZ

Sworn to before me
this 2nd day of September, 2008

*Joyce London*
NOTARY PUBLIC

JOYCE C. LONDON
Notary Public, State of New York
No. 02LO4942206
Qualified in Kings County
Commission Expires Sept. 12, 2010